# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| TONYA LEE SANCHEZ | CIVIL ACTION |
|---|---|
| VERSUS | |
| | NO. 16-195-JWD-EWD |
| CAROLYN W. COLVIN | |

### O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 13, 2017, to which an objection was filed:

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the applications for disability insurance benefits filed by Plaintiff, Tonya Lee Sanchez, be affirmed and this action be dismissed.

Signed in Baton Rouge, Louisiana, on September 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**